IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-173-MOC-DCK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| JELD-WEN HOLDING, INC. et al., | ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) filed by Walter E. Brock, Jr., concerning Courtney A. Palko, on August 20, 2021. Courtney A. Palko seeks to appear as counsel *pro hac vice* for Third-Party Defendant Old Republic Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) is **GRANTED**. Courtney A. Palko is hereby admitted *pro hac vice* to represent Third-Party Defendant Old Republic Insurance Company.

**SO ORDERED**.

Signed: August 20, 2021

David C. Keesler
United States Magistrate Judge