IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-173-MOC-DCK

| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) |  |
|---|---|---|
| Plaintiff, | ) ) |  |
| v. | ) ) | **ORDER** |
| JELD-WEN HOLDING, INC., et al., | ) ) |  |
| Defendants. | ) ) ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) filed by R. Steven DeGeorge, concerning Sean W. Carney, on September 20, 2021. Sean W. Carney seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) is **GRANTED**. Sean W. Carney is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge