## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:21-cv-173-MOC-DCK

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** | |
| **Plaintiff,** | |
| v. | |
| **JELD-WEN HOLDING, INC.; et al.,** | |
| **Defendants.** | **ORDER** |
| **JELD-WEN HOLDING, INC.,** | |
| **Third-Party Plaintiff,** | |
| v. | |
| **OLD REPUBLIC INSURANCE COMPANY,** | |
| **Third-Party Defendant.** | |

**THIS MATTER** is before the Court on Defendants' Unopposed Motion to Continue Hearing. (#96). Having considered the motion and reviewed the pleadings, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Unopposed Motion to Continue Hearing, (#96), is **GRANTED**, and this matter will be set for hearing at a later time.

Signed: July 29, 2022

Max O. Cogburn Jr.
United States District Judge