# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:21-CV-173-MOC-DCK

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| JELD-WEN HOLDING, INC.,  et al., | ) ) | |
| Defendants, | ) ) ) | |
| _____ | ) ) | |
| JELD-WEN HOLDING, INC., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| OLD REPUBLIC INSURANCE COMPANY, | ) ) | |
| Third-Party Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Certification And Report Of F.R.C.P. 26(f) Conference And Discovery Plan" (Document No. 115) filed May 22, 2023.  This Report has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the parties' filing, and following consultation with Judge Cogburn's chambers, the undersigned will set deadlines for dispositive motions and trial.

By the instant filing, the parties jointly propose that they be allowed to file summary judgment motions without conducting discovery.  (Document No. 115).  Moreover, the parties

report that they participated in a full-day private mediation session on May 10, 2023, and reached an impasse.

Under these circumstances, the undersigned will enter a limited scheduling order. To the extent this matter is not resolved by dispositive motions and/or the parties encounter other scheduling concerns, counsel for the parties shall confer and file a revised CIAC or other appropriate motion for relief.

**IT IS, THEREFORE, ORDERED** that the following deadlines are set: motions for summary judgment - **August 25, 2023**; and trial – **December 18, 2023**.

**SO ORDERED**.

Signed: May 31, 2023

David C. Keesler
United States Magistrate Judge

2