IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-00173-MOC-DCK

| |
|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JELD-WEN HOLDING, INC., et al.,<br><br>    Defendants. |
| JELD-WEN HOLDING, INC.,<br><br>    Third-Party Plaintiff,<br><br> v.<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>    Third-Party Defendant. |

**STIPULATION OF DISMISSAL OF THIRD-PARTY CLAIMS AGAINST OLD REPUBLIC INSURANCE COMPANY WITH PREJUDICE**

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Third-Party Plaintiff Jeld-Wen Holding, Inc. ("Jeld-Wen") and Third-Party Defendant Old Republic Insurance Company ("Old Republic") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation of Dismissal of Third-Party Claims against Old Republic with Prejudice. The Parties represent that the third-party claims in this matter, including any claims for attorneys' fees and/or costs, have been fully settled and compromised, and stipulate to the dismissal of the

1

third-party claims against Old Republic with prejudice and without fees, costs or disbursements to any party. The Parties further represent and agree that this Stipulation of Dismissal of Third-Party Claims against Old Republic with Prejudice shall not affect any rights related to Travelers Casualty and Surety Company of America's claims, including the right to appeal.

Dated: February 20, 2024

By: /s/ Michael J. Hartley
Michael J. Hartley (Admitted *Pro Hac Vice*)
CA State Bar No. 189375
mhartley@bautelaw.com
Courtney A. Palko (Admitted *Pro Hac Vice*)
CA State Bar No. 233822
cpalko@bautelaw.com
BAUTE CROCHETIERE HARTLEY &
McCOY LLP
777 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000

Walter E. Brock, Jr.
N.C. State Bar No. 8195
walter.brock@youngmoorelaw.com
YOUNG, MOORE & HENDERSON, P.A.
Post Office Box 31627
Raleigh, North Carolina 27622
Telephone: 919.782.6860
Facsimile: 919.782.6753

*Attorneys for Third-Party Defendant
Old Republic Insurance Company*

By: s/ Michael E. Farnell
Michael E. Farnell
Admitted *Pro Hac Vice*
mfarnell@pfglaw.com
PATERNOSTER FARNELL & GREIN, LLP
1030 S.W. Morrison Street
Portland, OR 97205
(503) 222-1812

R. Steven DeGeorge
N.C. State Bar No. 20723
sdegeorge@robinsonbradshaw.com
Benjamin C. DeCelle
N.C. State Bar No. 52102
bdecelle@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
(704) 377-8380

*Attorneys for Third-Party Plaintiff
Jeld-Wen Holding, Inc.*