**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:21-cv-00173-MOC-DCK**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

Plaintiff,

v.

JELD-WEN HOLDING, INC., *et al*.,

Defendants.

---

JELD-WEN HOLDING, INC.,

Third-Party Plaintiff,

v.

OLD REPUBLIC INSURANCE CO.,

Third Party Defendant.

**PLAINTIFF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiff Travelers Casualty and Surety Company of America ("Travelers") requests entry of judgment in a separate document under Rules 58(a) and 79(a). As fully set forth in Travelers' memorandum of law filed in support of this motion, no claim remains pending against any party, and the only remaining task is entry of judgment.

The parties have conferred, and Jeld-Wen consents to this request and to the Proposed Final Judgement (Exhibit A to Travelers' supporting memorandum).

Dated: March 26, 2024

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP

*/s/ Jang H. Jo*
Michael W. Mitchell, NC Bar No. 16750
mmitchell@smithlaw.com
Jang H. Jo, NC Bar No. 35686
jjo@smithlaw.com
P.O. Box 2611
Raleigh, North Carolina 27602
Phone: (919) 821-1220
Fax: (919) 821-6800

DYKEMA GOSSETT PLLC
Thomas J. Judge (*pro hac vice)*
tjudge@dykema.com
Jason C. Reichlyn (*pro hac vice)*
jreichlyn@dykema.com
1301 K Street, NW, Suite 1100 West
Washington, DC 20071
Phone: (202) 906-8600
Fax: (202) 906-8669

*Attorneys for Plaintiff/Counter-Defendant Travelers Casualty and Surety Company of America*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record.

This the 26th day of March 2024.

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP

*/s/ Jang H. Jo*
Jang H. Jo
NC Bar No. 35686
P.O. Box 2611
Raleigh, North Carolina 27602
jjo@smithlaw.com
Phone: (919) 821-1220
Fax: (919) 821-6800