UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00173-RJC-DCK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JELD-WEN HOLDING, INC., et al., <br><br> Defendants. <br><br> JELD-WEN HOLDING, INC., <br><br> Third-Party Plaintiff <br><br> vs. <br><br> GUY MARION WILLIAMS, <br><br> Third-Party Defendant. | **ORDER AND FINAL JUDGMENT** |

**THIS MATTER** is before the Court on Plaintiff Travelers Casualty and Surety Company of America's motion for entry of judgment. (Doc. No. 140). Defendant consents to Defendant's motion and to the proposed final judgment. (Id.). The consent motion is **GRANTED**.

The Court makes the following findings and enters a final judgment in this matter:

WHEREAS, Plaintiff Travelers Casualty and Surety Company of America ("Travelers") commenced this action seeking declaratory relief under an excess liability insurance policy (the "Travelers Excess Policy") it issued to Defendant Jeld-Wen Holding, Inc. ("Jeld-Wen"); and

WHEREAS, Jeld-Wen filed counterclaims against Travelers for breach of contract and declaratory relief under the Travelers Excess Policy, and filed a Third-Party Complaint against Old Republic Insurance Company ("Old Republic"); and

1

WHEREAS, on November 21, 2022, this Court entered an Order granting Travelers' Motion for Summary Judgment and denying Jeld-Wen's opposing Motion for Summary Judgment (Doc. No. 104), thereby resolving the parties' claims under the Travelers Excess Policy; and

WHEREAS, on February 20, 2024, Jeld-Wen entered a Stipulation of Dismissal terminating all claims against Old Republic with prejudice (Doc. No. 139); and

WHEREAS, there remain no open or pending claims against any party.

**NOW THEREFORE**, pursuant to this Court's November 21, 2022 Order and Jeld-Wen's February 20, 2024 Stipulation of Dismissal, **IT IS HERBY ORDERED AND ADJUDGED THAT**:

1. There is no coverage under the Travelers Excess Policy as set forth in the November 21, 2022 Order (Doc. No. 104);
2. Jeld-Wen's third-party claims against Old Republic are dismissed with prejudice, and
3. Final judgment be entered for this matter, each party to bear its own costs.

**SO ORDERED**.

Max O. Cogburn Jr
United States District Judge