**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:21-CV-00173-MOC-DCK**

| |
|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JELD-WEN HOLDING, INC., et al.,<br><br>Defendants. |
| JELD-WEN HOLDING, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>Third-Party Defendant. |

## JOINT NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that all Defendants (Jeld-Wen Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, Gary S. Michel, Matthew Ross, Willam Banholzer, Martha Byorum, Gregory Maxwell, Anthony Munk, Suzanne Stefany, Bruce Taten, Roderick Wendt, Steven Wynne, and Patrick Tolbert), by and through their counsel, hereby jointly appeal to the United States Court of Appeals for the Fourth Circuit from the Amended Order and Final Judgment entered on April 30, 2024 (Dkt. No. 143).

Dated: May 20, 2024


By: s/ Michael E. Farnell
Michael E. Farnell
Admitted *Pro Hac Vice*
mfarnell@pfglaw.com
PATERNOSTER FARNELL & GREIN, LLP
1030 S.W. Morrison Street
Portland, OR 97205
(503) 222-1812

R. Steven DeGeorge
N.C. State Bar No. 20723
sdegeorge@robinsonbradshaw.com
Benjamin C. DeCelle
N.C. State Bar No. 52102
bdecelle@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
(704) 377-8380

*Attorneys for All Defendants.*