FILED: July 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1468
(3:21-cv-00173-MOC-DCK)

_____

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

       Plaintiff - Appellee

v.

JELD-WEN HOLDING, INC.; MARK A. BECK; L. BROOKS MALLARD; KIRK S. HACHIGIAN; GARY S. MICHEL; MATTHEW ROSS; WILLIAM BANHOLZER; MARTHA BYORUM; GREGORY MAXWELL; ANTHONY MUNK; SUZANNE STEFANY; BRUCE TATEN; RODERICK WENDT; STEVEN WYNNE; PATRICK TOLBERT

       Defendants - Appellants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*